United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40765
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

DAVID TEZENO, JR.,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CR-105-2
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent David

Tezeno, Jr., has moved for leave to withdraw and has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Tezeno has received a copy of counsel's motion and brief but has

not filed a response.  Our independent review of the brief and

the record discloses no nonfrivolous issue.  Accordingly,

counsel's motion for leave to withdraw is GRANTED, counsel is

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.